Hon. James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PADDED SPACES LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID WEISS, an individual, GUTBENCH LLC, GUTBANCH INC., and YALONG TECHNOLOGY CO. LTD<br><br>    Defendants. | Civil Action No.: 2:21-cv-751-JLR<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OVER-LENGTH MOTION FOR ENTRY OF DEFAULT JUDGMENT |

The Court has received and reviewed Plaintiff's Motion for Leave to File an Over-Length Motion for Entry of Default Judgment against Defendant Yalong Technology Co. Ltd pursuant to LCR 7(f). For good cause shown, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff is hereby granted leave to file a Motion for Entry of Default Judgment that will not exceed 15 pages, exclusive of the following items: caption page, table of contents, table of authorities, accompanying declarations and exhibits, signature blocks, and certificates of service.

DATED this 12th day of July, 2022.

_(signature)_
_____
THE HONORABLE JAMES L. ROBART
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OVER-LENGTH MOTION FOR ENTRY OF DEFAULT JUDGMENT
2:21-cv-751-JLR — 1

SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

1

2   Presented by:

3   SEED IP LAW GROUP LLP

4

5   /s/Thomas A. Shewmake
    E. Russell Tarleton, WSBA No. 17006
6   Thomas A. Shewmake, WSBA No. 50765

7   *Attorneys for Plaintiff*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OVER-LENGTH MOTION FOR ENTRY OF DEFAULT JUDGMENT
2:21-cv-751-JLR           2

SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900